UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Marques Braswell**                    **Docket No. 5:19-CR-356-6D**

### Petition for Action on Supervised Release

COMES NOW Carlton Timberlake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Marques Braswell, who, upon an earlier plea of guilty to Distribution of 50 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 11, 2020, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On November 11, 2024, the term of supervised release commenced in the Eastern District of North Carolina.

On July 23, 2025, in response to continued non-compliance, the defendant's term of supervised release was revoked without a hearing, pursuant to an Agreed Order for Revocation. Additionally, the defendant was ordered to complete a cognitive behavioral program. On August 5, 2025, the defendant surrendered to the United States Marshal for service of his one-day sentence. At that time, the Bureau of Prisons informed the United States Marshals Service that the defendant was in escape status, and the defendant would be returned to custody to complete the remainder of his original custodial sentence. On August 12, 2025, a memorandum was submitted to the court advising of the defendant's return to Bureau of Prisons custody, and the court agreed that a new 36-month term of supervised release would begin upon the defendant's release from custody. The defendant was released from custody on May 7, 2026, at which time the term of supervised release commenced.

On May 18, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 10, 2026, the defendant attempted to defraud a urinalysis screening, in that he employed a urinalysis-defeating device, and attempted to provide a urine sample that he admitted was not his own. He subsequently submitted a valid urine sample which tested positive for methamphetamine and amphetamines and signed a written admission to possession and use of methamphetamine on or about June 7, 2026. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Furthermore, the defendant has signed a consent to destroy the contraband property seized by the United States Probation Office on June 12, 2026. Once the Court has ruled on this matter, our office will carry out the destruction of the contraband property.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

**Anthony Marques Braswell**
**Docket No. 5:19-CR-356-6D**
**Petition for Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

/s/ Carlton Timberlake
Carlton Timberlake
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: June 12, 2026

## ORDER OF THE COURT

Considered and ordered this ___15___ day of ___June___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge