# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Marques Braswell**                    **Docket No. 5:19-CR-356-6D**

### Petition for Action on Supervised Release

COMES NOW Carlton Timberlake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Marques Braswell, who, upon an earlier plea of guilty to Distribution of 50 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 11, 2020, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On November 11, 2024, the term of supervised release commenced in the Eastern District of North Carolina.

On July 23, 2025, in response to continued non-compliance, the defendant's term of supervised release was revoked without a hearing, pursuant to an Agreed Order for Revocation. Additionally, the defendant was ordered to complete a cognitive behavioral program. On August 5, 2025, the defendant surrendered to the United States Marshal for service of his one-day sentence. At that time, the Bureau of Prisons informed the United States Marshals Service that the defendant was in escape status, and the defendant would be returned to custody to complete the remainder of his original custodial sentence. On August 12, 2025, a memorandum was submitted to the court advising of the defendant's return to Bureau of Prisons custody, and the court agreed that a new 36-month term of supervised release would begin upon the defendant's release from custody. The defendant was released from custody on May 7, 2026, at which time the term of supervised release commenced.

On May 18, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

On June 15, 2026, a Petition for Action was approved by the court after the defendant attempted to defraud a urinalysis screening and tested positive for amphetamines and methamphetamines. The court permitted supervision to continue, and the defendant was ordered to comply with 60 days home detention with GPS monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 1, 2026, the defendant submitted a urine specimen that tested positive for amphetamines and methamphetamines. The defendant signed a written admission to possession and use of both illegal substances approximately a week prior. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall abide by all conditions and terms of the home incarceration program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2.  The remaining term of the original 60 days of home detention with GPS monitoring is hereby removed from the conditions of supervision.

**Anthony Marques Braswell**
**Docket No. 5:19-CR-356-6D**
**Petition for Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ John Seth Coleman
John Seth Coleman
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Carlton Timberlake
Carlton Timberlake
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: July 7, 2026

## ORDER OF THE COURT

Considered and ordered this ____7____ day of ___July_____, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge